**No. 11-7260. Mark David Branon, aka Mark Branon, Petitioner v. United States.**

565 U.S. 1098, 132 S. Ct. 859, 181 L. Ed. 2d 560, 2011 U.S. LEXIS 8878.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7261. Timothy Adams, aka Rodney Clark, Petitioner v. United States.**

565 U.S. 1099, 132 S. Ct. 859, 181 L. Ed. 2d 560, 2011 U.S. LEXIS 8842.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 446 Fed. Appx. 579.

**No. 11-7266. Robert Christopher Parks, Petitioner v. United States.**

565 U.S. 1099, 132 S. Ct. 860, 181 L. Ed. 2d 560, 2011 U.S. LEXIS 8887.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 442 Fed. Appx. 23.

**No. 11-7267. Anthony William Denham, Petitioner v. United States.**

565 U.S. 1099, 132 S. Ct. 860, 181 L. Ed. 2d 560, 2011 U.S. LEXIS 9016.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 437 Fed. Appx. 772.

**No. 11-7268. Guasimo Cuatante-Cuatante, Petitioner v. United States.**

565 U.S. 1099, 132 S. Ct. 860, 181 L. Ed. 2d 560, 2011 U.S. LEXIS 8963.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7269. Nicolas Cobos-Chachas, Petitioner v. United States.**

565 U.S. 1099, 132 S. Ct. 860, 181 L. Ed. 2d 560, 2011 U.S. LEXIS 9009.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 445 Fed. Appx. 53.

**No. 11-7272. Carlos Diaz, aka Carlos Alberto Martine, Petitioner v. United States.**

565 U.S. 1099, 132 S. Ct. 861, 181 L. Ed. 2d 560, 2011 U.S. LEXIS 8923.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 444 Fed. Appx. 551.

**No. 11-7278. Pascual Luna, Petitioner v. United States.**

565 U.S. 1099, 132 S. Ct. 861, 181 L. Ed. 2d 560, 2011 U.S. LEXIS 8853.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 649 F.3d 91.